No. 00–9566.  GIUCHICI v. PITCHER, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 00–9569.  HICKS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00–9570.  HANSFORD v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C., A. 5th Cir.  Certiorari denied.

No. 00–9571.  HARVEY v. SOUTH CAROLINA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 00–9572.  DAVIS v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 00–9573.  GARCIA v. CAREY, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 00–9574.  HOLLEY v. BAKER ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 00–9576.  IN RE MICEK.  Ct. Crim. App. Tex.  Certiorari denied.

No. 00–9578.  LUKEHART v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 00–9579.  LEGARDY v. ROE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 00–9583.  BAYOUD v. MIMS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–9585.  MAGOON v. TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–9591.  MACOM v. WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 00–9594.  VALECK v. BOCK, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 00–9603.  WILLIAMS v. LARSON, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.